# United States Court of Appeals
## For the First Circuit

No. 15-1876

UNITED STATES

Appellee

v.

DAMIEN HESS

Defendant - Appellant

### ORDER OF COURT

Entered: October 6, 2015
Pursuant to 1st Cir. R. 27.0(d)

    Attorneys R. Bradford Bailey and Adamo L. Lanza have filed a renewed motion to withdraw as counsel for defendant-appellant Damien Hess, asserting that defendant-appellant has retained new counsel on appeal. As no notice of appearance has been filed by another attorney, the renewed motion to withdraw is denied without prejudice to refiling accompanied by supporting documentation in compliance with 1st Cir. R. 46.6. Specifically, Attorneys Bailey and Lanza must attach documentation, signed by defendant-appellant, indicating whether defendant appellant (1) has retained new counsel, (2) wishes to apply for court-appointed counsel, or (3) wishes to proceed pro se.

    Attorneys Bailey and Lanza are again reminded that their representation continues on appeal until they are granted leave of court to withdraw. See 1st Cir. R. 46.6(a). **Attorneys Bailey and Lanza are therefore obligated to meet all court-imposed deadlines, and to file all documents on behalf of defendant-appellant, including, but not limited to, the opening forms**. The time for Attorneys Bailey and Lanza to file an appearance form, docketing statement, and transcript order form on behalf of defendant-appellant is extended to **October 26, 2015**.

    If defendant appellant has indeed retained new counsel for this appeal, new counsel must file a notice of appearance by the aforementioned deadline. If, however, defendant-appellant wishes to apply for court-appointed counsel, Attorneys Bailey and Lanza must assist him with filing a completed Form 4 financial affidavit and a motion to proceed in forma pauperis ("IFP") in the district court, with proof of such filing submitted to this court. If the district court grants defendant-appellant IFP status on appeal, this court may then appoint new counsel under the guidelines of the Criminal Justice Act, 8 U.S.C. §3006A and permit Attorneys Bailey and Lanza

to withdraw. If, however, the district court denies the motion, appellant must re-file his IFP motion in this court.

By the Court:

/s/ Margaret Carter, Clerk

cc:   Richard Bradford Bailey
      Adamo L. Lanza
      Damien Hess
      Dina Michael Chaitowitz
      Sara Miron Bloom
      Doreen Marie Rachal
      Patrick Michael Callahan