# United States Court of Appeals
## For the First Circuit

No. 15-1876

UNITED STATES

Appellee

v.

DAMIEN HESS

Defendant - Appellant

**ORDER OF COURT**

Entered: October 20, 2015
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of motion, it is ordered that the time for Appellant Damien Hess to file a transcript report/order form, an appearance form and the docketing statement be enlarged to and including **November 19, 2015**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Richard Bradford Bailey
Sara Miron Bloom
Patrick Michael Callahan
Dina Michael Chaitowitz
Lauren Graber
Adamo L. Lanza
William J. Lovett
Doreen Marie Rachal