# UNITED STATES COURT OF APPEALS
## For the First Circuit

_____

No. 15-1876

### UNITED STATES

**Appellee**

**v.**

### DAMIEN HESS

**Defendant – Appellant**

_____

### SECOND RENEWED MOTION TO WITHDRAW AS COUNSEL

District Court Counsel (collectively, "Counsel") for Defendant–Appellant Damien Hess ("Appellant") hereby respectfully renew their motion to withdraw as counsel for the Appellant.

This Honorable Court denied Counsel's prior Motions to Withdraw "without prejudice to reconsideration upon receipt from the defendant-appellant of a completed, signed selection of counsel form or an affidavit of counsel of record pursuant to 1st Cir. R. 46.6(b)." See Order dated 9/3/15. The Court also reminded Counsel of their continuing obligation to represent the defendant-appellant on appeal until they are granted leave of the Court to withdraw, including the filing of case opening documents. See Order dated 10/6/15. Since that time, the defendant-appellant filed a Motion for Leave to Proceed *in Forma Pauperis* with the District Court, which was granted on November 1, 2015 (Saris, J.), and docketed by this Court on November 23, 2015. Counsel filed the case opening documents for the defendant-appellant's appeal the following day

on November 24, 2015, and filed the defendant-appellant's selection of counsel form[1] on November 25, 2015.

Having complied with this Court's 9/3/15 and 10/6/15 Orders insomuch as the case opening documents and the defendant-appellant's selection of counsel form have been filed, Counsel renew their motion to withdraw as counsel, and respectfully request this Honorable grant them leave to withdraw. To the extent necessary, Counsel relies on, and incorporates herein by reference, their previously filed prior motions to withdraw and supporting affidavits.

Should the Court grant Counsel leave to withdraw, in the interests of justice, the defendant-appellant respectfully requests his appeal, and all related deadlines, be stayed until successor counsel is appointed.

WHEREFORE, Counsel respectfully request they be permitted to withdraw as counsel.

Dated: November 25, 2015                          Respectfully submitted,

                                                   /s/  *R.Bradford Bailey*
                                                  R. Bradford Bailey, BBO#549749
                                                  Adamo L. Lanza, BBO#689190
                                                  BRAD BAILEY LAW, P.C.
                                                  10 Winthrop Square, 4th Floor
                                                  Boston, Massachusetts 02110
                                                  Tel.: (857) 991-1945
                                                  Fax: (857) 265-3184
                                                  brad@bradbaileylaw.com
                                                  adamo@bradbaileylaw.com

---

[1] The defendant-appellant has requested new counsel be appointed to represent him on appeal.

## Certificate of Service

I, R. Bradford Bailey, hereby certify that on this the 25th day of November, 2015, I have caused a true copy of the foregoing *Second Renewed Motion to Withdraw as Counsel* to be served upon all parties registered with ECF for this matter by virtue of transmitting the same to the Court via the CM/ECF system, and, further, that I have caused a true copy of the foregoing to be served by First Class Mail upon the Appellant, Damien Hess, at FCI Sheridan, 27072 Ballston Road, Sheridan, OR  97378.

/s/ *R. Bradford Bailey*
R. Bradford Bailey